UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MOHAMMAD SARWAR,<br><br>           Plaintiff,<br><br>     v.<br><br>JO ANNE B. BARNHART, Commissioner of Social Security,<br><br>           Defendant. | Case No.: C 05-1768 PVT<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE REMANDED FOR REHEARING** |

On December 13, 2006, Plaintiff filed a motion for summary judgment.[1]  Defendant opposed the motion.  Based on the briefs and arguments presented and the file herein,

IT IS HEREBY ORDERED that, no later than February 28, 2006, Defendant shall file a supplemental brief showing cause, if any, why this case should not be remanded for rehearing.  No later than March 15, 2006, Plaintiff shall file a response.

It appears from the transcript of the hearing before the Administrative Law Judge ("ALJ") that the ALJ failed to properly advise Plaintiff of his right to legal representation, and provide him with sufficient information to enable him to intelligently decide whether to retain counsel or proceed

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 1*

*pro se*. *See, e.g., Thompson v. Sullivan*, 933 F.2d 581, 584-85 (7th Cir. 1991). Because the court is raising this issue *sua sponte*,[2] the court finds it appropriate to give the parties an additional opportunity to brief this issue.

Dated: *1/31/06*

PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[2] *See, e.g., Benson v. Commissioner of the Social Security Administration*, 2004 WL 3237348, *3 (E.D.Tex. 2004) (in context of Social Security appeal, finding *sua sponte* action was warranted where error was obvious, blatant and prejudicial).

ORDER, *page 2*